| | |
|---|---|
| 1 | Christopher T. Aumais, Esq. (SBN) |
|   | GIRARDI KEESE LAWYERS |
| 2 | 1126 Wilshire Boulevard |
|   | Los Angeles, California 90017 |
| 3 | Telephone: (213) 997-0211 |
| 4 | Facsimile: (213) 481-1554 |
|   | E-mail: caumais@girardikeese.com |
| 5 | |
| 6 | John H. Hickey, Esq. |
|   | HICKEY LAW FIRM, P.A. |
| 7 | 1401 Brickell Avenue, Suite 510 |
| 8 | Miami, Florida, 33131 |
|   | Telephone: (305) 371-8000 |
| 9 | Facsimile: (305) 371-3542 |
| 10 | E-mail: hickey@hickeylawfirm.com |
| 11 | Attorneys for Plaintiff, JANE DOE |
| 12 | |
|    | Teresa C. Senior, CA Bar No. 129316 |
| 13 | Jeffrey B. Maltzman, CA Bar No. 131758 |
|    | MALTZMAN & PARTNERS, PA |
| 14 | Physical Address: 355 South Grand Avenue, Suite 2450 |
| 15 | Los Angeles, California 90071 |
|    | Mailing Address: 55 Miracle Mile, Suite 320 |
| 16 | Coral Gables, FL 33134 |
| 17 | Telephone: (213) 330-0535 |
|    | Facsimile: (213) 0534 |
| 18 | E-mail: teresas@maltzmanpartners.com and |
| 19 |             jeffreym@maltzmanpartners.com |
| 20 | Attorneys for Defendant, PRINCESS CRUISE LINES, LTD. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | JANE DOE, | ) Case No.: CV 19-9181-JFW(AFMx) |
| 24 |            | ) |
| 25 |    Plaintiff, | ) [Assigned for all purposes to the Honorable John F. Walter] |
|    |            | ) |
| 26 |    vs.     | ) |
| 27 |            | ) |
| 28 | | |

1

JOINT MOTION AND STIPULATION TO CONTINUE TRIAL DATE, ETC.                    2:19-cv-02159-PSG (JCx)

| | |
|---|---|
| PRINCESS CRUISE LINES, LTD., d/b/a Princes Cruises<br><br>Defendant. | JOINT MOTION AND STIPULATION TO EXTEND MEDIATION COMPLETION DATE<br><br>[Filed Concurrently With [Proposed] Order on Joint Motion and Stipulation to Extend Mediation Completion Date]<br><br>Action Date:    October 24, 2020<br>Trial Date:      December 15, 2020 |

This is a case alleging that Plaintiff Jane Doe was the victim of a sexual assault by a crewmember, while she was a passenger aboard the *Ruby Princess*, operated by Defendant, Princess Cruise Lines, LTD. ("Princess or Defendant").

On February 19, 2020, the Court issued a Scheduling and Case Management Order (Doc. No. 28) setting forth the schedule, including setting last day to conduct a settlement conference/mediation and the last day to file joint report re: results of settlement conference/mediation for June 15, 2020 and June 19, 2020, respectively; and setting the final pretrial conference and trial dates for November 5, 2020 and December 15, 2020, respectively. (Doc. No. 28).

The COVID-19 (Coronavirus) pandemic and government responses thereto have significantly affect the Parties' ability to move forward on this case. Defendant Princess has experienced and is likely to continue to experience significant business interruptions as a result of the COVID-19 outbreak. Defendant Princess is currently on "lockdown" for *at least sixty (60) days*; almost all of its employees, who reside all over the world, have been sent home. This includes both shoreside employees and those assigned to the various vessels.

Plaintiff's counsel recently sent Defendant a settlement proposal that Defendant needs to consider fully. Princess requires additional time to consider the settlement proposal in light of Princess's ongoing business lockdown relating to the COVID-19 pandemic- The Parties agree that it would be best to see if they can resolve

2

the case informally before restarting the mediation process. The Parties' proposed revised mediation completion date and deadline to file a joint report concerning the outcome of the mediation allows for the Parties to continue their efforts to resolve the case informally, and then to proceed with a second mediation[1], should the Parties be unable to reach an agreement, prior to the expiration of these Court ordered deadlines.

No other requests for modifications to the Court's February 19, 2020 Scheduling and Case Management Order (Doc. No. 28) have been requested by, or granted to, any of the parties herein.

In light of the foregoing, Plaintiff and Defendant have met and conferred and are requesting that the last day to conduct a settlement conference/mediation and the last day to file joint report re: results of settlement conference/mediation be extended to September 14, 2020 and September 21, 2020, respectively. All other applicable dates, cut off dates, set in the February 19, 2020 Scheduling and Case Management Order (Doc. No. 28), would remain the same.

Dated: June __, 2020                **HICKEY LAW FIRM, P.A.**

By: _____/S/_____
JOHN H. HICKEY, ESQ.
SARAH A. LOBEL, ESQ.
Attorneys for Plaintiff,
Jane Doe

Dated: June __, 2020                **MALTZMAN & PARTNERS**

By: _____/S/_____
TERESA C. SENIOR, ESQ.
JEFFREY B. MALTZMAN, ESQ.
Attorneys for Defendant,
Princess Cruise Lines LTD.

---

[1] The initial mediation in this case, which took place on December 10, 2019, did not produce a settlement.

## ATTESTATION

     Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that John F. Hickey, counsel for Plaintiff Jane Doe, concur in the content of this filing and have authorized this filing.

By:   <u>/s/ John H. Hickey</u>
        JOHN H. HICKEY, (FBN 305081)

4

JOINT MOTION AND STIPULATION TO EXTEND
MEDIATION COMPLETION DATE

JANE DOE v. PRINCESS CRUISE LINES LTD.
Case No. CV 19-9181-JFW(AFMx)
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071.

On June __, 2020, I served the following document(s) described on the interested party(ies) in this action as follows: **JOINT MOTION AND STIPULATION TO EXTEND MEDIATION COMPLETION DATE**

| | |
|---|---|
| **Christopher T. Aumais**, Esq.<br>GIRARDI KEESE LAWYERS<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>caumais@girardikeese.com | *Co-Counsel for Plaintiff,*<br>*JANE DOE* |
| **John H. Hickey**, Esq.<br>**Sarah A. Lobel**, Esq.<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>slobel@hickeylawfirm.com<br>zcabrera@hickeylawfirm.com | *Co-Counsel for Plaintiff,*<br>*JANE DOE* |

[ ] **BY MAIL:** I deposited such envelope in the U.S. mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] **BY ELECTRONIC CM/ECF SYSTEM:** I hereby certify that on June __, 2020. I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June __, 2020, at Los Angeles, California.

/S/
_____
Teresa C. Senior