# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ~~RONNIE MARTINEZ~~ Jane Doe<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.<br><br>Defendant(s). | CASE NO.: ~~2:19-cv-02159-PSG (JCx)~~<br>19-cv 9181 JFW (AFMx)<br><br>JOINT MOTION AND STIPULATION TO EXTEND MEDIATION COMPLETION DATE |

After consideration of the papers in support of and the Joint Motion and Stipulation to Extend Mediation Completion Date,

IT IS HEREBY ORDERED:

1. That the last day to conduct a settlement conference/mediation and the last day to file joint report re: results of settlement conference/mediation are extended to September 14, 2020 and September 21, 2020, respectively. And,

2. That all other applicable dates, cut off dates, set in the February 19, 2020 Scheduling and Case Management Order (Doc. No. 28), would remain the same.

Date: June 5, 2020

*[signature]*
The Honorable John F. Walter
United States District Judge

1

ORDER ON JOINT MOTION AND STIPULATION TO CONTINUE TRIAL DATE, ETC.

2:19-cv-02159-PSG (JCx)