Christopher T. Aumais, Esq. (SBN)
E-mail: caumais@girardikeese.com
GIRARDI KEESE LAWYERS
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: 213.997.0211pro
Facsimile: 213.481.1554

John H. Hickey, Esq.
E-mail: hickey@hickeylawfirm.com
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida, 33131
Telephone: 305.371.8000
Facsimile: 305.371.3542

Attorney for Plaintiff, JANE DOE

Teresa C. Senior, CA Bar No. 129316
Jeffrey B. Maltzman, CA Bar No. 131758
MALTZMAN & PARTNERS, PA
Physical Address: 355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Mailing Address: 55 Miracle Mile, Suite 320
Coral Gables, FL 33134
Telephone: (213) 330-0535
Facsimile: (213) 0534
E-mail: teresas@maltzmanpartners.com and
        jeffreym@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | ) Case No.: CV 19-9181-JFW(AFMx) |
| Plaintiff, | ) Assigned for all purposes to the<br>) Honorable Mark C. Scarsi |

vs.                                          )       **NOTICE OF SETTLEMENT AND**
                                             )       **UNOPPOSED MOTION FOR THE**
PRINCESS CRUISE LINES, LTD.,                 )       **COURT TO RETAIN**
d/b/a Princes Cruises                        )       **JURISDICTION UNTIL THE**
                                             )       **SETTLEMENT IS**
        Defendant.                           )       **CONSUMMATED**

                                                     Scheduling Conference:
_____              February 10, 2020

        Plaintiff, JANE DOE, by and through her undersigned counsel, hereby

notify the Court and all interested parties that the parties to this suit have entered into a

full and complete settlement agreement on the above captioned case, and further say:

        1. The terms and conditions of the settlement are confidential. The Parties agree

that the settlement of this action is not consummated until all settlement funds are

tendered to Plaintiff's counsel and all such funds clear normal banking channels.  Under

the terms of the confidential settlement agreement, all payments are not due until January

31, 2021 and therefore the settlement agreement is executory.

        2. For these reasons, the parties respectfully request that the Court retain

jurisdiction for a minimum until March 31, 2021 to enforce the terms and conditions of

the confidential settlement agreement. Once the settlement has been consummated, the

parties will promptly file a Stipulation for Dismissal with Prejudice.

        3. This motion is being filed pursuant to and in full compliance with Fed. R. Civ.

P. 41 (a), *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and

*Anago Franchising, Inc. v. Shaz*, LLC, 677 F. 3d 1272 (11th Cir. 2012).

_____

4. Before filing this Notice of Settlement and Motion for the Court to retain jurisdiction until the Settlement is consummated, the parties conferred, and the Defendant does not oppose this request for relief.

WHEREFORE, the Plaintiff respectfully request this Court retain jurisdiction until March 31, 2021 and grant all other relief that the Court deems just and proper.


Dated: November 5, 2020                    **HICKEY LAW FIRM, P.A.**


By: *s/ John H. Hickey*_____
JOHN H. HICKEY, ESQ.
Attorneys for Plaintiff, Jane Doe



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2020, I electronically filed the foregoing document, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.


By:  *s/John H. Hickey*
JOHN H. HICKEY (FBN 305081)

## SERVICE LIST

JANE DOE v. PRINCESS CRUISE LINES, LTD
CASE NO.: CV 19-9181-JFW(AFMx)

| | |
|---|---|
| **Christopher T. Aumais**, Esq.<br>caumais@girardikeese.com<br>**GIRARDI KEESE LAWYERS**<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone:   213.997.0211<br>Facsimile:    213.481.1554<br><br>**John H. Hickey**, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Jeffrey Maltzman**, Esq.<br>jeffreym@maltzmanpartners.com<br>**Teresa Senior**, Esq.<br>teresas@maltzmanpartners.com<br>**Maltzman & Partners, PA**<br>679 Encinitas Blvd., Suite 201<br>Encinitas, CA 92024<br>55 Miracle Mile<br>Miami, FL 33134<br>Telephone: (305) 992-6555<br>Facsimile: (305) 779-5664<br>*Attorney for Defendant* |

NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR THE COURT TO RETAIN JURISDICTION UNTIL

THE SETTLEMENT IS CONSUMMATED